Barry J. BLUEFELD, Plaintiff-
Appellant,

v.

Barry S. COHEN; Joel S. Meisel; David
H. Cohen, Defendants-Appellees.

No. 17-1046

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Barry J. Bluefeld, Appellant Pro Se. Matthew D. Matkov, SALTZ MATKOV PC, Wayne, Pennsylvania, for Appellees.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Barry J. Bluefeld seeks to appeal the district court's order directing him to obtain counsel or face dismissal of his pending derivative shareholder action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bluefeld seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Bluefeld's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*